**Order filed September 19, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00420-CV
_____

### JOHN HIGHTOWER, JR. AND JESSICA HIGHTOWER, Appellants

### V.

### DOUG AND NANCY HERMS, DEBBIE PRUITT, AMY AND LANCE WARMKE, AND BRAD AND IXARAH PRANSCHKE, Appellees

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Cause No. 36193**

## ORDER

This is an appeal from an order signed May 19, 2017. The clerk's record was filed June 6, 2017. On September 19, 2017, this court granted appellants' motion for review of further orders pursuant to Rule 29.6 of the Texas Rules of Appellate Procedure. Appellants have requested this court review the trial court's amended order granting temporary injunction and order denying a motion to dissolve temporary injunction signed July 6, 2017.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's amended order granting temporary injunction, order denying a motion to dissolve temporary injunction signed July 6, 2017, and all notices of appeal filed by appellants in the trial court.

The Washington County District Clerk is directed to file a supplemental clerk's record on or before **October 19, 2017**, containing (1) the trial court's amended order granting temporary injunction, (2) order denying a motion to dissolve temporary injunction signed July 6, 2017, and (3) all notices of appeal filed by appellants in the trial court

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM